## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CASE NO. 1:16-cv-20212-JLK

MSPA CLAIMS 1, LLC,

    Plaintiff

v.

KINGSWAY AMIGO INSURANCE COMPANY,

    Defendant.
_____/

### ORDER ON THE MANDATE

Pursuant to the Opinion and Judgment of the United States Court of Appeals for the Eleventh Circuit in the above-styled case, entered February 13, 2020, and the Mandate **(DE 127)**, entered March 13, 2020, it is **ORDERED, ADJUDGED, AND DECREED** that the Court's *Order Granting Final Judgment on the Pleadings for Defendant Kingsway Amigo Insurance Company* **(DE 122)** be, and the same hereby is, **VACATED and set aside**; the Opinion and Judgment of the appellate court shall become the law of the case; the Clerk of Court shall **REOPEN** this case; and dates for trial and pre-trial conference will be set by separate Order of the Court.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 14th day of July, 2020.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record