UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-cv-20212-JLK

MSPA CLAIMS 1, LLC,

    Plaintiff,

v.

KINGSWAY AMIGO INSURANCE
COMPANY,

    Defendant.

_____/

**ORDER GRANTING JOINT MOTION TO STAY CASE
IN LIGHT OF POTENTIAL SETTLEMENT FOR 30 DAYS**

This cause came before the Court upon the Parties' Joint Motion To Stay Case In Light Of Potential Settlement For 30 Days. (DE 176). This Court, upon consideration of the Motion, and being otherwise fully advised in the premises, it is

ORDERED and ADJUDGED that the Motion is GRANTED. This Court grants a 30-day suspension of the current case deadlines and a stay of this action. By or before the expiration of the 30-day window, the Parties will either file a notice of settlement or request that an amended scheduling order be entered accounting for this brief stay.

DONE and ORDERED in Chambers at Miami, Florida on this 4th day of November, 2021.

_____
JUDGE JAMES LAWRENCE KING
U.S. DISTRICT COURT JUDGE